BATTLE, LEVY, FOWLER & NEAMAN, Respondents, v. CENTRAL COAL COMPANY, INC., Appellant, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARSENAL BUILDING CORPORATION, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [463 7th Ave., Borough of Manhattan.] — Order unanimously modified by fixing the assessed valuations for the taxable years as follows,

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1942–43 | $1,250,000 | $1,375,000 | $2,625,000 |
| 1943–44 | 1,250,000 | 1,365,000 | 2,615,000 |
| 1944–45 | 1,250,000 | 1,365,000 | 2,615,000 |
| 1945–46 | 1,385,000 | 1,365,000 | 2,750,000 |
| 1946–47 | 1,385,000 | 1,400,000 | 2,785,000 |
| 1947–48 | 1,385,000 | 1,400,000 | 2,785,000 |
| 1948–49 | 1,385,000 | 1,500,000 | 2,885,000 |
| 1949–50 | 1,385,000 | 1,500,000 | 2,885,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the defendants-appellants. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE M. LUCIANO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ.

In the Matter of the Arbitration between WHITTENTON MANUFACTURING CO., INC., Appellant, and MOORFIELD TRADING CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ.

JOAN E. KRIEGER, an Infant, by HARRY KRIEGER, Her Guardian ad Litem, Appellant, v. WILLIAM HARRIS et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 559.]

FRANK CONSIGLIO, Plaintiff, v. LIGGETT DRUG COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. C. & G. CARTING COMPANY, Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ.

WYOMING APARTMENTS, INC., Respondent, v. MOGOLD REALTY CORP., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.